ROSE MILLER, as Administratrix, etc., of JOHN MILLER, Deceased, Respondent, v. AMALGAMATED LAUNDRIES, INC., Appellant.*— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Young and Scudder, JJ., concur; Carswell, J., dissents for the following reason: John Miller was not competent to become a party to a common-law marriage in New York. That which is stated to have happened in New Jersey does not establish a common-law marriage in New Jersey. Davis, J., dissents, with the following memorandum: No common-law marriage was established either in law or in fact. There could be no common-law marriage by agreement alone. The completion of the contract, if any agreement to marry was made in New Jersey, occurred in New York, where the reputed husband was incapable of entering into a marriage contract.

CHARLES NESSLER, Respondent, v. GEORGE H. EICHELBERGER, Appellant.— Appeal withdrawn upon stipulation of counsel. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT D'AMATO, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LUPO, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB MAISLISH, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PINE, Appellant.— Judgment of conviction of the County Court of Rockland county unanimously affirmed. No opinion. Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., and Young, J., concur under section 542 of the Code of Criminal Procedure, with reference to the use of Exhibits 3 and 4 by the district attorney.

PHILIP ROTHMAN, Respondent, v. GOLDSTEIN-FISHER Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.